IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOE T. WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:08-cv-0164 |
| ) | Judge Trauger |
| THE CITY OF FRANKLIN, TENNESSEE, ) | |
| JAMES R. JOHNSON, ) | |
| RANDY WETMORE, ) | |
| SHIRLEY HARMON, ) | |
| and MARY DODSON RANDOLPH, ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion for Summary Judgment filed by the defendant City of Franklin, Tennessee is **GRANTED** in part and **DENIED** in part.

The motion is granted with respect to the plaintiff's claim that he was deprived of a liberty interest in employment without due process. The motion is also granted with respect to the plaintiff's claim under 42 U.S.C. § 1985 and his claim for wrongful termination, as the plaintiff has conceded those claims.

The motion is denied with respect to the plaintiff's claim that he was deprived of a property interest in employment without due process and his claim that his rights to free speech were violated.

It is so Ordered.

Entered this 16th day of April 2008.

                                                    ALETA A. TRAUGER
                                                  United States District Judge